IN THE UNITED STATES DISTRICT COURT
FOR THE ~~MIDDLE~~ DISTRICT OF _South_
_ern_ DIVISION

*(Write the District and Division, if any, of the
court in which the complaint is filed.)*

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
~~RONALD Devone Balcom~~ MIDDLE DISTRICT ALA

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

DONALD VALENZA
JASON SMOAK
COMMANDER BRAZIER

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)* SEE ATTACHED

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

Case No. 1:19-CV-116- WKW-CSC

*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name                    Ronald Devone Balcom

All other names by which you have been known:

_____

_____

ID Number               34472

Current Institution     Houston County Jail

Address                 901 EAST MAIN ST

                        Dothan, AL 36301

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether
the defendant is an individual, a government agency, an organization, or a
corporation. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. For an individual defendant, include the person's job
or title (if known) and check whether you are bringing this complaint against them in
their individual capacity or official capacity, or both. Attach additional pages if
needed.

Defendant No. 1

Name                    Donald Valenza

Job or Title            Sheriff
(if known)

Shield Number           _____

Employer                Houston County

Address                 144 North Oates St

                        Dothan Alabama 36303

☒  Individual capacity          ☒  Official capacity

Defendant No. 2

Name                    Jason Smoaks

2

Job or Title
(if known)

Shield Number

Employer         _Houston County Jail_

Address          _PRISON DIVISION 901 E. MAIN ST_
                 _Dothan ALABAMA 36301_

☒ Individual capacity        ☒ Official capacity

Defendant No. 3

Name             _CommAnder Brazier_

Job or Title     _Jail Commander_
(if known)

Shield Number

Employer         _Houston County Jail_

Address          _PRISON 901/EAST MAIN ST_
                 _DothAN ALABAMA 36301_

☒ Individual capacity        ☒ Official capacity

Defendant No. 4

Name             _L.T. Moore_

Job or Title     _L.T._
(if known)

Shield Number

Employer         _Houston County Jail_

Address          _901 EAST MAIN ST_
                 _DothAN, ALabama 36301_

☒ Individual capacity        ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights,
privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six
Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue
federal officials for the violation of certain constitutional rights.

_SEE ATTACHED_

3

DEFENDANTS

NAME - Sgt. Mccallister
TITLE - Sgt
Employer - Houston County Jail
Individual capacity AND official capacity

NAME - L.t JONES
TITLE - L.T
Employer - Houston County Jail
Individual capacity AND official capacity

NAME - Sgt Peterson
TITLE - Sgt
Employer - Houston County Jail
Individual capacity AND official capacity

NAME - Sgt Watson
TITLE - Sgt
Employer - Houston County
Individual capacity AND official capacity

NAME - L.T MARSH
TITLE - L.T
EMPLOYER - Houston County Jail
Individual capacity AND official capacity

NAME MARK culver
title COMMISSIONER OF HOUSTON COUNTY
employer - Houston County Jail
Individual capacity AND official capacity

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE 8th AND 14th AMENDMENTS

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

plaintiff Is Indigent AND Is being denied Hygiene it's only doz's
every 2weeks, Defendants let food tray's sit in HALLWAY
from 30 minutes to 1 hour before serving them → see Attached

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

4

Facts. ON AND ABOUT FEBUARY 2019. plaintiff WAS Housed In the Houston County Jail. plaintiff IS A state Inmate Housed In the houston County Jail, AND Indigent. Defendant. DEFENDANTS Culver Is directly Responsible for providing sufficient funds for Health, Medical AND SAFETY OF ALL INMATES. Culver have Knowledge that sheriff VALENZA, BRAZIER, LT. Moore, Sqt Mc collister L.T. Jones, Sqt, Peterson, L.T MARSH AND Sqt WATSON. Do not provide Sufficient And enough Hygiene Items for the proper cleaninessofthehuman Body, EACH nAMED DEFENDANT HAVE Knowledge that they donot Issue A BAR of Soap, No Deodarant, No toothpaste, No toothbrush, Nor ANY Items free to Inmates. DefendANts EACH AND Everyone have perfected A plan to Extort AND steal funds, Money from Houston County. EACH NAMED DEFendANT HAVE Knowledge that they charge A fee for ALL Items Issued AND provide Insufficient Amounts from HUMAN LIVING Rule #20 of the Inmate rule of Jail states INMATES shall BAth dAily - But they only give You 2oz's Everyd Weeks

GROUND TWO

EACH NAMED DefendANT create DANGEr Within the JAil By "Boredom" AND MENTAL frustrAtion. EACH NAMED DEFENDANT Decrease the Amount of food under food service for food & Drink. EACH NAMED DefendANt ALLOW food TO be SerVED COLD, WHEN THE TEMPAture require A Hot MEAL, DefendANt Do Soby ALLowing Securify officers to Let food sit In the HALLways rangeing from 30 Minutes to A Hour Without ANY WArmer for Food Service

GROUND THrEE

      Sheriff VALeNZA, CoMMANDEr BrazIEr, AND ALL *DEFENDANts* refuse to ALLow Inmates to WATCH LOCAL NEWS *Nor Do they provIDE ANY MEANS TO rECEIVE NEWS coverage,* the *purpose And plan To Isolate* Inmates From FAMILY AND friends, to force AND create A *HostILE* DANgerous Living Conditions *In theJaiI, AND crEATING RIsKof SuIcIDE*

GrouND Four

      DEFENDANTS ACTS TO EXTORTAND STEAL MONEY HAVE rESULTED IN plaINtiFF AND Others TO recEIVE IMproper MedIcAl care AND treatMENt. DefeNDANt SMOAKS ISN't A *LIcIENSED PrATICING* Doctor, AND plaINtiFF Is denied the proper evaluation AND CArE TO WhICh ANY HEALth cAre provIder Grant for being *Seen AND EVAIuATED* By A Medical Doctor. DefendANts totAl ACTS AND ActIons Are to Commit Actual theFt from TAX payers, AND For HIgh rANKINg officials to Extort Money AND STEAL MOney for tHEIr personnAL GAIN

GrouND 5

      *ON Are About April 2018 plaINtiFF* WAS In Severe *paIN from* A baseball sIZE HerniA - INmates INthe poD, the health care poD cALLed Deputy's AND report plaINtiFF was In Severe paIn, Deputy's responed Along with L.T. Moore - plaINtiFF was throwing up blood - L.T. Moore LAughed AND SaID It don't Look LIKe blood to ME - *THE Deputy trIED TO AssIt plaIntiFF* INto A WheelchAir - L.T. Moore ~~and~~ ordered the Deputy to get bACK. Let HIm GET IN the WheelchAir by HImselF - SHe stAteD : AFter being tAKen to the health care UNIt - there WAS No Nurse, *No Doctor, No* EmergANCy personnel on AT NIGHT L.T. Moore ordered Deputy to tAKe plaIntiFF BACK SHe stATED THere's Nothing Wrong WIth HIm - later she brought A

blood pressure pill

GROUND SIX

plaintiff AND OTHErs Are sleeping On Mattess that are Filthy, THE PAINt Is Coming off the Mattress, THErE'S MOLD AND MELDOW on the Matt, SeAMAN, SPIT, AND ALL KIND of STAINS AND THey Smell. the personnel WAS InformeD with No response.

GROUND seven

on Are About Aug16, 2018, Sgt. Petersen WAS seen by people in Weekend pod picking through food tray's to see IF there WAs to Much food this Is on Camera At the JAil- INMAte Sylvio King Filed a grievANCE - the grievANCE WAS AcceptED- grievANCE stAtED THIS WILL BE DEALT WITH - ENd of reply

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☒    Other *(explain)* plaintiff is AWAITING DECISION of Final disposition

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

THE HOUSTON County Jail is Where the Events Happened From April to the present these facts Are on going

_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?

From around about November 2018 to the present

_____

_____

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

_____

_____

_____

5

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_SINCE I been here the pain from the Hernia WAS MoVED From my private Area to the stomach, because of Abuse plaintiff Mental condition WAS worsENED. plaintiFF bill was increased. No Medical treatment Is being giVEN_

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_(1)plAINtiFF request AN INVESTIGATION BE CoNducTED plAiNtiFF BE AWAMDED 100,000 dollars - oNe hundred thousANd DefendANts GIve deordant toothpaste, AND Hygiene CAre of ALL Indigent inmates DefendANts be ordered to pAy for plaintiff Surgery THAT L.T. Moore AND Sgt Peterson stripes THE TAKEN_

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   ☒     Yes

   ☐     No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Houston County Jail

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

   ☒     Yes

   ☐     No

   ☐     Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

   ☐     Yes

   ☐     No

   ☒     Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

   ☒     Yes

   ☐     No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Houston County Jail

2. What did you claim in your grievance?

   denied Medical treatment
   denied Hygiene care

3. What was the result, if any?

   NONE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Appealed, Be process is Not complete
   No Answer

8

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I Also Informed officials, I informed Joson
Smoaks, L.T Moore, Nurse Connie Hinson
Verbally Informer, their response tell JASON

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I informen MArKculver, BRazier, THE SHeriFF
THe Health DeparTMent

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐   Yes

☒   No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

     ☐   Yes

     ☒   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.   Parties to the previous lawsuit

          Plaintiff(s)   _____

          Defendant(s)   _____

     2.   Court *(if federal court, name the district; if state court, name the county and State)*

          _____

     3.   Docket or index number

          _____

     4.   Name of Judge assigned to your case

          _____

     5.   Approximate date of filing lawsuit

          _____

     6.   Is the case still pending?

          ☐   Yes

          ☐   No

          If no, give the approximate date of disposition. _____

10

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐    Yes

☒    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐    Yes

☐    No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 7, 2019.

Signature of Plaintiff     *Ronald Balcom*

Printed Name of Plaintiff   RONALD BALCOM

Prison Identification #   158439

Prison Address   Houston County Jail

  Dothan          ALABAMA        36301

  City            State          Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____

Printed Name of Attorney  _____

Bar Number   _____

Name of Law Firm   _____

RONALD BALCOM # 34472
901 E. MAIN STREET
Dothan, AL 36301

MONTGOMERY AL 360

08 FEB 2019 PM 4 L

FOREVER
USA

Barn Swallow

Houston County Jail
Inmate Mail

Office of Clerk
FEDEral Courthouse
one church St
MONTGOMERY, AL
36104

LEGAL MAIL

36104-401801