IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD DEVONE BALCOM, AIS #158 439, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:19-CV-116-RAH-CSC |
| DONALD VALENZA, et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On January 12, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 47.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED, and this case is DISMISSED.

Final Judgment will be entered separately.

DONE on this the 4th day of February 2022.

    /s/   R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE